UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:10-CR-362-BO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | <u>ORDER FOR DISMISSAL</u> |
| | ) | |
| CURTIS JERMAINE MALLOY | ) | |
| | ) | |



Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of Court endorsed herein, the United States Attorney for the Eastern District of North Carolina hereby dismisses Count 7 of the Superseding Indictment filed against the above-captioned defendant on June 15, 2011.

DATE: June 22, 2011

_____
TERRENCE W. BOYLE
UNITED STATES DISTRICT COURT JUDGE